IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALEXANDER HOLOVICH,

           Petitioner,

vs.

STATE OF NEBRASKA,

           Respondent.

8:20CV518

**MEMORANDUM AND ORDER**

     This matter is before the court on preliminary review of Petitioner Alexander Holovich's Petition for Writ of Habeas Corpus (Filing 1). The document Petitioner filed does not comply with Rule 2 of the rules governing habeas corpus cases in that it is not on the proper form. Moreover, it is unintelligible.

     IT IS THEREFORE ORDERED that within 30 days of today's date, the Petitioner shall file an amended petition. The Clerk of the Court is directed to send the Petitioner two documents: (1) a petition for a writ of habeas corpus under 28 U.S.C. § 2254, and (2) a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

     Dated this 21st day of January, 2021.

                                                        BY THE COURT:

                                                        *Richard G. Kopf*
                                                        Richard G. Kopf
                                                        Senior United States District Judge