IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER HOLOVICH,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Respondent. | 8:20CV518<br><br>**ORDER** |

　　　Mr. Hovich has failed to comply with my order (Filing 7) requiring him to submit a petition in the proper form. Therefore,

　　　IT IS ORDERED that the petition for writ of habeas corpus (Filing 1) is dismissed without prejudice. No certificate of appealability has been or will be issued. A separate judgment will be issued.

　　　Dated this 2nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　Senior United States District Judge